The judgment is reversed and the cause remanded.

## Ex parte Joseph DE ANGELO.

### No. 28597.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant of record on appeal.

Henry M. Wade, Dist. Atty., George P. Blackburn and William F. Alexander, Asst.

Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

This is an appeal from an order entered in a habeas corpus proceeding remanding appellant to custody without bail.

It appears that since the order was entered appellant has been tried and convicted of the offense of rape, for which he was held, and has accepted a life sentence imposed by a jury.

The question of his right to bail is moot and the appeal is dismissed.